**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Gabriel Elias Zavala**<br>DOB: 1990; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**26-04364MJ** |

Complaint for violation of Title 31, United States Code §§ 5316 and 5332

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 27, 2026, at or near Nogales, in the District of Arizona, **Gabriel Elias Zavala** did knowingly conceal more than ten thousand dollars ($10,000) in currency or other monetary instruments, that is, approximately $14,690 in United States currency, on the person of such individuals or in any conveyance, article of luggage, merchandise, or other container, and did knowingly attempt to transport and transfer such currency or monetary instruments from a place outside the United States, that is, Nogales, Sonora, in the Republic of Mexico, to a place inside the United States, that is, Nogales, Arizona, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, in violation of Title 31, United States Code, Section 5332 and Title 31 of the Code of Federal Regulations, Section 1010.340(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On March 27, 2026, **Gabriel Elias ZAVALA** was driving a 2011 Scion XB bearing California license plate SALEMT, when he entered the inbound lanes at the DeConcini Port of Entry in Nogales, Arizona. During primary inspection, United States Customs and Border Protection (CBP) officers asked **ZAVALA** where he was going and he stated he was in Mexico working and was returning home to Tucson, Arizona. CBP officers asked **ZAVALA** who the vehicle belonged to and he stated it belonged to his mother. CBP officers noticed plywood covering the passenger side seats. CBP officers received a negative declaration from **ZAVALA** to include currency over $10,000. **ZAVALA** was referred for secondary inspection. During secondary inspection, **ZAVALA** provided different information to CBP officers than he had during primary inspection. He stated he went to Mexico for a doctor's appointment and to purchase medication. He also stated the vehicle belonged to his father. CBP officers received a second negative declaration from **ZAVALA** to include currency over $10,000. CBP officers asked **ZAVALA** how much money he had and he stated about $2,000 in United States currency. CBP officers asked **ZAVALA** if he had any additional money and he stated he did not. Upon further inspection, CBP officers found more than $6,000 in United States currency in a fanny pack, more than $6,000 in United States currency in a plastic bag concealed in the rear of the vehicle, and approximately $600 in United States currency in a backpack. A count of the currency revealed the total amount was $14,690 in United States currency.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>TIMOTHY J MCCOY<br>Digitally signed by TIMOTHY J MCCOY<br>Date: 2026.03.30 11:18:25 -07'00' |
|---|---|
| | OFFICIAL TITLE & NAME:<br>Special Agent Timothy J. McCoy<br>Homeland Security Investigations |

Sworn to telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>March 30, 2026 |
|---|---|

[1]   See Federal rules of Criminal Procedure Rules 3, 4.1 and 5

Reviewed by AUSA Hepford